**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1478**

WAYNE E. PATTERSON,

        Plaintiff - Appellant,

    v.

LIEUTENANT R.T. YEAGER, individually and in his official capacity, South Charleston Police; JOHN DOE 1-7, seven unknown, individually and in their official capacities; L.S. THOMAS; R.P. MCFARLAND,

        Defendants - Appellees,

    and

CITY OF SOUTH CHARLESTON, WEST VIRGINIA, a municipal corporation; OFFICER T.A. BAILES, individually and in his official capacity, South Charleston Police; OFFICER A.R. LINDELL, individually and in his official capacity, South Charleston Police; MAGISTRATE JULIE YEAGER,

        Defendants.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (2:12-cv-01964)

Submitted: September 18, 2018                    Decided: September 20, 2018

Before WILKINSON and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

---

Wayne E. Patterson, Appellant Pro Se.  Duane J. Ruggier, II, PULLIN, FOWLER, FLANAGAN & POE, PLLC, Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne E. Patterson appeals from the district court's order awarding costs of $2,153.32 to the Defendants as the prevailing party in Patterson's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Patterson v. R.T. Yeager*, No. 2:12-cv-01964 (S.D.W. Va. Mar. 27, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*